IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALYSSA CHRISTEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 21-00518-KD-B |
| | ) |
| CLEAR BLUE INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is before the Court on the Notice of Settlement (Doc. 13) filed by Plaintiff Alyssa Christen. The parties report that they have reached a settlement but request thirty (30) additional days to complete the settlement process.

Upon consideration, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 13th day of **September 2022**.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**